**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Pablo L. Hizole (A 95 918 752)

v.

Michael Chertoff, et al.

FILED Case Number:
March 18, 2008   TG
08cv1573
Judge LEINENWEBER
Magistrate Judge COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Pablo L. Hizole (A 95 918 752)

| | |
|---|---|
| NAME (Type or print) Rebecca M. Whiting | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Rebecca M. Whiting | |
| FIRM AzulaySeiden Law Group | |
| STREET ADDRESS 205 N. Michigan Ave., 40th Floor | |
| CITY/STATE/ZIP Chicago/Illinois/60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6294076 | TELEPHONE NUMBER 312.832.9200 x 134 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |