IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| Pablo L. Hizole ) | |
| A 95 918 752 ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Leinenweber |
| ) | |
| Michael Chertoff, Secretary of ) | Case No. 08 CV 1573 |
| U.S. Department of Homeland Security; ) | |
| Donald Ferguson, United States Citizenship ) | |
| & Immigration Service, Chicago District Director; ) | |
| Michael B. Mukasey, U.S. Attorney General; ) | |
| Emilio Gonzalez, Director of the United States ) | |
| Citizenship & Immigration Services; ) | |
| and the United States of America. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS COMPLAINT FOR WRIT OF MANDAMUS

NOW COMES the Plaintiff Pablo L. Hizole ("Pablo"), by and through his attorneys, the AzulaySeiden, Law Group, and requests this Court to dismiss the pending action for the following reasons:

1. On March 18 26, 2008, Pablo filed a Complaint for Writ of Mandamus with this court alleging that Defendants had not conformed to their duty to compel action on Pablo's Application for Lawful Permanent Resident Status ("Form I-485") and Application for Waiver of Ground of Excludability ("Form I-601"), which were properly filed with the United States Citizenship and Immigration Services ("USCIS").

2. Since that date, the USCIS has acted on the case by approving Pablo's applications. *See Exhibit 1*.

3. That the underlying reason for filing the Complaint for Writ of Mandamus is now moot.

     WHEREFORE, Pablo requests that the Complaint for Writ of Mandamus filed in this matter be dismissed.

                                                Respectfully submitted,

                                                <u>s/REBECCA M. WHITING</u>
                                                Rebecca M. Whiting
                                                Attorney for Plaintiff
                                                AzulaySeiden Law Group
                                                205 N. Michigan Ave., 40th Floor
                                                Chicago, IL  60601
                                                312.832.9200
                                                #6294076

## NOTICE OF FILING & CERTIFICATE OF SERVICE

     PLEASE TAKE NOTICE that on April 8, 2008, Pablo filed with the District Court for the Northern District of Illinois his Motion to Dismiss. Service on the following was accomplished via electronic filing on April 8, 2008:

Stacy Desi, AUSA
Attorney for Defendants
Asst. United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604

                                                 s/REBECCA M. WHITING
                                                 Rebecca M. Whiting
                                                 Attorney for Plaintiff
                                                 AzulaySeiden Law Group
                                                 205 N. Michigan Ave., 40th Floor
                                                 Chicago, IL  60601
                                                 312.832.9200
                                                 #6294076

U.S. Department of Homeland Security
101 W. Congress Parkway
Chicago, IL 60605



U.S. Citizenship
and Immigration
Services

April 2, 2008

Pablo Hizole
2124 76th Court
Elmwood Park, Illinois  60707

A:  095 918 752
Approval Date: April 2, 2008
Adj. Class: IR6

Cc:   Y. Judd Azulay
      Azulay Seiden Law Group
      205 N. Michigan Avenue 40th Floor
      Chicago, Illinois  60601

Dear Sir or Madam:

Please be advised that you have been granted permanent resident alien status as of April 2, 2008. This letter should not be regarded as proof of that status. You are being processed for an alien registration card, which will be mailed to you at the above address within the next few weeks. If you move from that address prior to receiving the card, please notify this office by mail of your new address. If you require proof of your status in order to travel, accept employment or other reason, you may come to our office at 101 W. Congress Parkway, Chicago, Illinois for a temporary stamp. To schedule an appointment, visit our website at http://infopass.uscis.gov/. Bring this letter and your passport with you.

Sincerely,

*Ruth A. Dorochoff*

Ruth A. Dorochoff
District Director

www.uscis.gov